IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

LESLIE PATRICIA RIVERA
*aka Leslie Patrica Rivera-Henriquez and Leslie Patricia Henriquez-Sarrios*, and MIGUEL ANGEL MEDINA,

Defendants.

CR 22–13–M–DLC

ORDER

Before the Court is Defendants Leslie Patricia Rivera and Miguel Angel Medina's Unopposed Joint Motion by Defendants to Appear at Motion Hearing Via Zoom or Other Remote Means. (Doc. 69.) The United States does not oppose the motion. (*Id.* at 1.) The motion requests leave for both defendants to appear at the motion hearing set for June 14, 2022 via Zoom because the defendants are indigent and wish to conserve their limited resources for travel expenses necessitated by trial. (*Id.* at 2; Doc. 70 at 2.)

As the Court has previously explained, the Court must arrange interpreters for any court appearance by Defendants (Doc. 63 at 1), and for this motion hearing, the interpreters must appear remotely. The Court's experience with remote interpreters has shown that technological issues, including lag time and

connectivity issues, can greatly complicate the process of interpretation even when the person requiring interpretation is present in the courtroom; for example, activity at a hearing must be paused if an interpreter is disconnected, and colloquies often must be repeated in the event of lag. Allowing Defendants to appear remotely would compound those issues and would make conducting the hearing and providing adequate interpretation technologically infeasible.

Accordingly, IT IS ORDERED that the motion (Doc. 69) is DENIED.

DATED this 7th day of June, 2022.

Dana L. Christensen, District Judge
United States District Court