UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MIGUEL ANGEL MEDINA,<br><br>　　　　　Defendant. | CR-22-013-M-DLC<br><br><br>ORDER |

　　IT IS HEREBY ORDERED that the Clerk of Court may provide meals for the jurors during their deliberations in the above entitled case.

　　DATED 22nd day of August, 2022.

_____
Dana L. Christensen, District Judge
United States District Court