IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR  22–13–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| MIGUEL ANGEL MEDINA, | |
| Defendant. | |

Before the Court is Defendant Miguel Angel Medina's Unopposed Motion to Permit Family Members to Observe Sentencing Via Zoom or Other Remote Means. (Doc. 145.)  The brief in support of the motion states that Mr. Medina's family wishes to observe his sentencing hearing but cannot afford to travel to Missoula to attend the hearing in person.  (Doc. 146 at 2.)  The United States does not oppose the motion.  (Doc. 145 at 2.)

Although the motion is unopposed, in the Court's experience, maintaining a video feed of court proceedings can present technical and other difficulties that may disrupt proceedings and present challenges for Court staff.  Mr. Medina states that his family members will not be testifying (Doc. 146 at 2), so there is no legal necessity to establish a live video or audio feed of the hearing for remote observation. Accordingly, the Court will deny the motion.

1

IT IS ORDERED that the motion (Doc. 145) is DENIED.

DATED this 8th day of December, 2022.

Dana L. Christensen, District Judge
United States District Court